UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALFRED MICHAEL WEISS,**

      **Plaintiff,**

v.                                          Case No: 6:14-cv-1741-Orl-41PDB

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

                                          /

**ORDER**

THIS CAUSE is before the Court on the Unopposed Motion for Entry of Judgment with Remand (Doc. 17). United States Magistrate Judge Patricia D. Barksdale issued a Report and Recommendation (Doc. 18), recommending that the motion be granted and that the Commissioner's decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. The Unopposed Motion for Entry of Judgment with Remand (Doc. 17) is **GRANTED**.

3. The administrative decision in this case is **REVERSED** and **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3).

4. On remand, it is expected that the Administrative Law Judge will (1) further consider Plaintiff's residual functional capacity, including mental limitations as evaluated using the special technique in 20 C.F.R. §§ 404.1520a and 416.920a, and provide an appropriate rationale and citations to evidence to support the assessed limitations; (2) obtain evidence from a vocational expert concerning the effect of the assessed limitations, including documented non-exertional limitations, on Plaintiff's occupational base; and (3) evaluate Plaintiff's substance abuse in accordance with Social Security Ruling 13-2p.

5. The Clerk shall enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 1, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record